UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
Western Division

RECEIVED
NOV 26 2007

Plaintiff

RICK S. ROGERS

vs.

CIVIL CASE NO. 07 C 50 2 33

Judge Kapala

Defendant

DEPARTMENT OF DEFENSE et al (RR)

COMPLAINT

1.) This truth affidavit is presented under the authority of Constitutional Law, The Bill of Rights, The Declaration of of Human Rights, The Right of Self Defense, Freedom From Involuntary Servitude etc........and The Freedom to Redress Grievances.

2.) I, RICK S. ROGERS, write this affidavit to document crimes against humanity and to expose hate crime administrations that have been criminally enforced on me overtly since 09/12/01 covertly for most if not all of my 60 years on earth.

3.) These crimes include: criminal torture 24/7 from psychotronic direct energy weapons, ( menticide ) which induce suicidal thoughts, unwanted ruminating thoughts, electro-magnetically beamed authoritarian style psycho-babble *voices* and dehumanizing modulated head noises direct to the brain from space, computer/ brain interfaced neuro-monitoring/ neuro-manipulation/and neuro- communication transmission of commands/messages via H.A.A.R.P.

TECHNOLOGY, sleep depravation and control of sleep patterns, artificial electronic nightmares and bizarre dreams, holographic *visions*, mysterious assorted body pain and control of body functions, neuro-sabotaged *accidents*, constant lawless surveillance and harssment from police, strangers, helicopters.....etc.

4.) In addition to being targeted by vicious electronic and acoustic torture by the hate crimes administration, I have been financially desolated and forced (manipulated) to social security disability, I have been socially isolated and estranged from family and friends my human dignity / spirit / and potential have been sabotaged, ambushed, and destroyed.

5.) I seek: an end to this vicious tortureous slow death inflicted by the hate crimes administration use of deadly directed energy weapons, emergency judicial intervention to redress exposure and stoppage, repartive compensation for cruel demonic torture tactics to be used in establishing a VICTIMS FOUNDATION to promote public awareness education and assistance.

6.) I am prepared to present substantial and supporting Documentation and Victim Testamonies.

_Rick S Ro[gers]_
Signature

4544 Governor's Dr. Apt. 1
Street Address

Rockford, Illinois    61109
City         State     Zip

1-815-873-8228
Phone Number