7/18/02

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

**IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT**

**F I L E D**

Rick S. Rogers
_____
Plaintiff

NOV **2 6** 2007

v.

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**07 C 5 0 2 3 3**

Department of Defense et al   CASE NUMBER_____

_____
Defendant(s)

JUDGE_____Kapala_____

---

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires
more information than the space that is provided, attach one or more pages that refer to each such question number
and provide the additional information. Please PRINT:*

I, __Rick S. Rogers_____, declare that I am the ☒plaintiff ☐petitioner ☐movant
(other_____) in the above-entitled case. This affidavit constitutes my application ☒ to proceed
without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also
declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in
the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the
following questions <u>under penalty of perjury</u>:

1.  Are you currently incarcerated?    ☐Yes    ☒No    (If "No," go to Question 2)
    I.D. #_____ Name of prison or jail:_____
    Do you receive any payment from the institution? ☐Yes ☐No   Monthly amount:_____

2.  Are you currently employed?    ☐Yes    ☒No
    Monthly salary or wages:_____
    Name and address of employer: _____
    _____

    a.  If the answer is "No":
        Date of last employment:_____ 1995 _____
        Monthly salary or wages:_____ 1,000 _____
        Name and address of last employer: Bourbon Street Restaurant and Nightclub
        __N.Main St.  Rocford, Illinois_____

    b.  Are you married?    ☐Yes    ☒No
        Spouse's monthly salary or wages:_____
        Name and address of employer:_____

3.  Apart from your income stated above in response to Question 2, in the past twelve months have you
    or anyone else living at the same address received more than $200 from any of the following
    sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

    a.  Salary or wages                          ☐Yes    ☒No
        Amount_____ Received by_____

b.　　☐ Business, ☐ profession or ☐ other self-employment　　☐Yes　　☒No
Amount_____Received by_____

c.　　☐ Rent payments, ☐ interest or ☐ dividends　　☐Yes　　☒No
Amount_____Received by_____

d.　　☐ Pensions, ☒ social security, ☐ annuities, ☐ life insurance, ☒ disability, ☐ workers'
compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
　　　　　　　　　　　　　　　　　　　　　　　　　☒Yes　　☐No
Amount___$1,093 Mo._____Received by__Rick S. Rogers_____

e.　　☐ Gifts or ☐ inheritances　　☐Yes　　☒No
Amount_____Received by_____

f.　　☐Any other sources (state source:_____)　☐Yes　　☒No
Amount_____Received by_____

4.　　Do you or anyone else living at the same address have more than $200 in cash or checking or
savings accounts?　　　　　☐Yes　　☒No　　Total amount:_____
In whose name held:_____Relationship to you:_____

5.　　Do you or anyone else living at the same address own any stocks, bonds, securities or other
financial instruments?　　　　　　　　☐Yes　　☒No
Property:_____Current Value:_____
In whose name held:_____Relationship to you:_____

6.　　Do you or anyone else living at the same address own any real estate (houses, apartments,
condominiums, cooperatives, two-flats, three-flats, etc.)?　　☐Yes　　☒No
Address of property:_____
Type of property:_____Current value:_____
In whose name held:_____Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7.　　Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile
homes or other items of personal property with a current market value of more than $1000?
　　　　　　　　　　　　　　　　　　　　　　　☒Yes　　☐No
Property:_____2000 chevrolet malibu_____
Current value:_____$4,000_____
In whose name held:__Rick S. Rogers_____Relationship to you:____(self)____

8.　　List the persons who are dependent on you for support, state your relationship to each person and
indicate how much you contribute monthly to their support.  If none, check here ☒No dependents

_____
_____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: ___11_/_26_/_07___

_Rick S. Rogers_
Signature of Applicant

_RICK ROGERS_
(Print Name)

-------------------------------------------------------------------------------------------------

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
**(Incarcerated applicants only)**
**(To be completed by the institution of incarceration)**

I certify that the applicant named herein, _____, I.D.#_____, has the sum

of $_____ on account to his/her credit at (name of institution)_____.

I further certify that the applicant has the following securities to his/her credit:_____. I further

certify that during the past six months the applicant's average monthly deposit was $_____.

(Add all deposits from all sources and then divide by number of months).

_____          _____
      DATE                          SIGNATURE OF AUTHORIZED OFFICER

                                  _____
                                          (Print name)

rev. 7/18/02