## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 50233 | **DATE** | 12/14/2007 |
| **CASE TITLE** | Rogers vs. Department of Defense | | |

**DOCKET ENTRY TEXT:**

Hearing held.  For the reasons stated in open court, this case is dismissed as frivolous and for failure to state a claim.  All pending motions are now moot.

Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | sw |
|---|---|---|