AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Western Division

Rick S. Rogers                          **JUDGMENT IN A CIVIL CASE**

v.                                      Case Number: 07 C 50233

Department of Defense

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that hearing held. For the reasons stated in open court, this case is dismissed as frivolous and for failure to state a claim. All pending motions are now moot.

# F I L E D

DEC 1 7 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Michael W. Dobbins, Clerk of Court

Date: 12/17/2007

/s/ Susan Wessman, Deputy Clerk